IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAXXAS, L.P., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:21-cv-00049-JRG-RSP |
| § | |
| SHENZHEN YONGHANG NEW § | |
| ENERGY TECHNOLOGY CO., LTD., § | |
| § | |
| *Defendants*. § | |

# ORDER

Plaintiff Traxxas, L.P. previously filed a Motion for Default Judgment and Permanent Injunction ("Motion"). Dkt. No. 14. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 15) recommending granting Traxxas' Motion. Having reviewed the Report and Recommendation, and noting that the Defendants did not object to the Report and Recommendation, the Court finds that the Recommendation should be and hereby is **ADOPTED**. It is therefore **ORDERED** that Traxxas, L.P.'s Motion (Dkt. No. 14) is **GRANTED**.

So ORDERED and SIGNED this 20th day of December, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE